IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GENERAL MOTORS LLC,

    Plaintiff,

v.                                               Civil Action No. 1:12CV95

ASTRO BUICK-OLDSMOBILE, INC.,

    Defendant.

## ORDER/OPINION

On June 24, 2013, Defendant Astro Buick-Oldsmobile, Inc. filed a Motion for Protective Order [DE 87]. Defendant requested the Court stay the deposition of Joseph Roesner until after certain discovery issues, mostly reflected in Defendant's Omnibus Motion filed on June 21, 2013, are resolved.

On July 10, 2013, Plaintiff General Motors, LLC, filed a Response to the Motion, advising that it has no objection to taking Mr. Roesner's deposition after the Court has had the opportunity to address the pending discovery motions.

For reasons appearing to the Court, Defendant's Motion for Protective Order [DE 87] is **DENIED** as mooted by Plaintiff's response. The deposition of Joseph Roesner is stayed until after the Court rules on pending discovery motions, or the motions are otherwise resolved.

The clerk is directed to provide electronic notice of the entry of this Order to counsel of record.

It is so **ORDERED.**

Dated: July 11, 2013

                                                            /s/ John S. Kaull
                                                            JOHN S. KAULL
                                                            UNITED STATES MAGISTRATE JUDGE