IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GENERAL MOTORS LLC,

    Plaintiff,

v.                                     Civil Action No.  1:12CV95

ASTRO BUICK-OLDSMOBILE, INC.,

    Defendant.

## ORDER/OPINION

On July 30, 2013, Plaintiff General Motors LLC filed a Motion for Leave to File One Exhibit Under Seal [Docket Entry 112].

For reasons appearing to the Court, Defendant's Motion [DE 112] is **GRANTED**.  Pursuant to the Court's Joint Protective Order, GM shall be permitted to file Exhibit A to the Declaration of J. Todd Kennard **UNDER SEAL**.

The clerk is directed to provide electronic notice of the entry of this Order to counsel of record.

It is so **ORDERED.**

Dated: July 31, 2013

*John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE