# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GENERAL MOTORS LLC,

    Plaintiff,

v.                                                          Civil Action No. 1:12CV95

ASTRO BUICK-OLDSMOBILE, INC.,

    Defendant.

## ORDER/OPINION

On August 9, 2013, Defendant Astro filed a Motion to Seal Exhibit D (#4) to its Docket Entry 119 [Docket Entry 122].

For reasons appearing to the Court, Defendant's Motion [DE 122] is **GRANTED**.

The Clerk is directed to place Exhibit D to Astro's Docket Entry 119 UNDER SEAL.

The clerk is directed to provide electronic notice of the entry of this Order to counsel of record.

It is so **ORDERED.**

Dated: August 12, 2013

                                                     /s/ John S. Kaull
                                                     JOHN S. KAULL
                                                     UNITED STATES MAGISTRATE JUDGE